IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH

    Plaintiff,                      No. CIV 2:07-cv-00486-ALA

    vs.

D.K. SISTO, et. al.,

    Defendants.                  <u>ORDER</u>

        Khalifah E.D. Saif'ullah is a state prisoner proceeding pro se. Mr. Saif'ullah has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915.

        Mr. Saif'ullah has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). *See* Docket No. 4. Accordingly, his request to proceed in forma pauperis will be granted.

        Mr. Saif'ullah is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). While an initial partial filing fee of $0.00[1] will be assessed by this Order, Mr. Saif'ullah will be obligated to make monthly payments of twenty percent of the preceding month's income credited to his prison trust account. 28 U.S.C. § 1915(b)(1)-(2). By

---

[1] Mr. Saif'ullah's trust fund account statement shows that, in the six-month period preceding the filing of his Complaint, no deposits were made into his prison trust fund account and the account at all times had a zero or negative balance. *See* Docket No. 4.

1

separate order, the Court will direct the appropriate agency to collect and forward these payments to the Clerk of the Court each time the amount in Mr. Saif'ullah's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Mr. Saif'ullah's request for leave to proceed in forma pauperis is granted.

2. Mr. Saif'ullah is obligated to pay the statutory filing fee of $350.00 for this action. Mr. Saif'ullah is assessed an initial partial filing fee of $0.00. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. In accordance with this Court's order of dismissal dated September 5, 2007, the Court directs service on the following defendants:

    a. D.K. Sisto

    b. S.R. Stiles

    c. J. Ward

    d. Mike Alacade

    e. P. Fandler

    f. Abul Ra'oof Nasir

4. The Clerk of the Court shall send plaintiff six (6) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed March 13, 2007.

5. Within twenty-eight days from the date of this order, Mr. Saif'ullah shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

      d. Six (6) copies of the endorsed complaint filed March 13, 2007.

    6. Mr. Saif'ullah need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: September 5, 2007

                                                        /s/ Arthur L. Alarcón  
                                                        UNITED STATES CIRCUIT JUDGE  
                                                        Sitting by Designation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

      Plaintiff,

  vs.

D.K. SISTO, et al.,

      Defendants.
_____/

No. CIV 2:07-cv-00486 ALA

<u>NOTICE OF SUBMISSION</u>

<u>OF DOCUMENTS</u>

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____ completed summons form

    ____ completed USM-285 forms

    ____ copies of the _____
                   Complaint

DATED:

                                       _____
                                       Plaintiff