IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

    Plaintiff,

vs.

D.K. SISTO, et. al.,

    Defendants.

No. CIV 2:07-cv-00486-ALA

<u>ORDER</u>

Plaintiff Khalifah E.D. Saif'ullah is a state prisoner proceeding pro se and informa pauperis. On September 21, 2007, this court issued an order directing the United States Marshal to serve defendants with process. There has been no response to that order. As a result, on February 20, 2008, plaintiff filed a motion for entry of judgment by default.

After review of the docket, it appears that defendants have yet to be served with process. The Clerk's Office has contacted the United States Marshal to remedy this error. Since defendants have not been served with process, plaintiff's motion will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's February 20, 2008, motion for entry of judgment by default is denied without prejudice.

/////

DATED: February 21, 2008     /s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

1