IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH, et. al.

    Plaintiffs,                          Case No. 2:07-cv-00486 ALA (P)

    vs.

D.K. SISTO, et al.

    Defendants.                        **ORDER**

_____/

    On April 23, 2008, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12 (b). (Doc. 16). Accordingly, IT IS HEREBY ORDERED that Plaintiff reply to the instant Motion to Dismiss on or before June 2, 2008.

/////

DATED: April 29, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation