IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

    Plaintiff,                    Case No. 2:07-cv-00486 ALA (P)

    vs.

D.K. SISTO, et. al.,

    Defendants.             ORDER

_____/

    On June 10, 2008, Defendants filed a Motion for Reconsideration (Doc. 23). This Court requests that Plaintiff file a response to Defendants' Motion for Reconsideration.

    It is HEREBY ORDERED that Plaintiff file his response on or before June 30, 2008.

/////

DATED: June 12, 2008

                                  /s/ Arthur L. Alarcón
                                  UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation