IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

    Plaintiff,

vs.

D.K. SISTO, et al.,

    Defendants.

Case No: 2:07-cv-00486 ALA (P)

<u>ORDER</u>

    Plaintiff Khalifah E.D. Saif'Ullah is a state prison inmate proceeding *pro se* with a civil rights action pursuant to 42 U.S.C. § 1983. On June 4, 2008, the Court denied Defendants' motion to dismiss (Doc. No. 22). On June 10, 2008, Defendants filed a motion for reconsideration of that order (Doc. No. 23). Plaintiff filed a timely opposition to the motion (Doc. No. 25). Defendants filed a timely reply to the opposition (Doc. No. 26).

    A district court may reconsider a ruling under either Rule 59(e) or Rule 60(b) of the Federal Rules of Civil Procedure. "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993). Plaintiff does not dispute that he has failed to exhaust all of his claims. Defendants correctly point out that, where

1

1  a plaintiff has failed to exhaust his claims, the proper remedy is to dismiss the complaint.  *See* 42
2  U.S.C. § 1997e(a) ("[n]o action shall be brought . . . until [the prisoner's] administrative
3  remedies . . . are exhausted"); *Mckinney v. Carey*, 311 F.3d 1198, 1199 (9th Cir. 2002) ("This
4  language [in § 1997e(a)] clearly contemplates exhaustion *prior* to the commencement of the
5  action as an indispensable requirement.") (emphasis in original).  Moreover, on June 2, 2008,
6  two days before the Court denied Defendants' motion to dismiss, Plaintiff filed another lawsuit
7  setting forth claims identical to those in his Amended Complaint here (Doc. No.25; *see also*
8  *Saif'ullah v. Sisto, et. al.*, Case No. 2:08-cv-01209).  The filing of this identical lawsuit is newly
9  discovered evidence.
10      Therefore, it is hereby ORDERED that Defendants' motion for reconsideration (Doc. No.
11 23) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.
12 /////
13 DATED: July 3, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation